IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCIA KIMBLE, *individually, and on behalf of all others similarly situated,* | Case. No. 2:23-cv-10037-DML-EMS |
| Plaintiff, | |
| v. | District Judge David M. Lawson |
| FIRST AMERICAN HOME WARRANTY CORP. and FIVESTRATA LLC, | |
| Defendants.            / | |

**PARTIES STIPULATED MOTION TO STAY DEADLINES RELATED TO DEFENDANTS' MOTIONS TO DISMISS**

AND NOW, Plaintiff Marcia Kimble ("Kimble" or Plaintiff"), Defendant First American Home Warranty Corp. ("FAHWC") and Defendant FiveStrata LLC ("FiveStrata") hereby stipulate as follows:

1. On June 13, 2023, Plaintiff filed her Second Amended Class Action Complaint. ECF 32.

2. Both Defendants filed motions to dismiss on July 14, 2023. ECF 34; ECF 35.

3. The Parties agreed on the terms of a class-wide settlement at a mediation with Judge Gerald Rosen (ret.) on September 21, 2023. ECF 41.

1

4.      On October 18, 2023, Plaintiff filed an unopposed motion for preliminary approval of class settlement and to certify the class for settlement purposes. ECF 43.

5.      The Parties agree it would be in the interest of the parties and judicial economy to stay deadlines related to Defendants' motions to dismiss while the Court considers the motion for preliminary approval of class settlement.

6.      In the event the Court denies the motion for preliminary approval, the Parties agree to new briefing deadlines to be set by the Court on the Defendants' motions to dismiss.

7.      A proposed Order consistent with that relief will be filed contemporaneously with this stipulated motion.

8.      The Parties are appreciative of the Court's time and attention.

WHEREFORE, Plaintiff Marcia Kimble, Defendant First American Home Warranty Corp. and FiveStrata, LLC hereby stipulate to the foregoing and respectfully request the Court enter an Order consistent with the Proposed Order attached.

SO STIPULATED:

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.

Ambler, PA 19002
Phone: (215) 540-8888 x 104
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com


/s/ Christopher E. Roberts
Christopher E. Roberts (#61895MO)
Butsch Roberts & Associates LLC
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
Phone: (314) 863-5700
Fax: (314) 863-5711
E-mail: croberts@butschroberts.com

/s/ Mark Silver
Mark Silver, Esq.
Dentons US LLP
303 Peachtree Street, NE, Suite 5300
 Atlanta, GA
D +1 404 527 4671
mark.silver@dentons.com
*Attorneys for Defendant First American Home Warranty Corp*.

/s/ Herman Hoffman
Herman Hoffman, Esq.
Varnum LLP
333 Bridge Street NW, Suite 1700
Grand Rapids, Michigan 49504
hdhofman@varnumlaw.com
*Attorneys for Defendant FiveStrata, LLC*

Dated: October 19, 2023