**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MARCIA KIMBLE, individually, and on behalf of all others similarly situated, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | )Case No. 2:23-cv-10037-DML-EMS |
| v. | ) |
| | ) |
| FIRST AMERICAN HOME WARRANTY | ) |
| CORP. and FIVESTRATA LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUPPLEMENTAL FILING IN CONNECTION WITH
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Marcia Kimble through her counsel of record submits her Notice of

Supplemental Filing, and states:

On October 18, 2023, Plaintiff submitted her Unopposed Motion for

Preliminary Approval of Class Action Settlement. (Doc. 43). As part of that

submission, Plaintiff submitted a copy of the parties' settlement agreement, which

was Doc. 43-1. The parties' settlement agreement included multiple exhibits,

including a proposed Preliminary Approval Order which was Exhibit 3 to the

settlement agreement. Those submissions were not filed under seal.[1]

---

[1] The court entered an order on January 9, 2024 sealing the motion (Doc. 48). However, Plaintiff's counsel advises the Court that he did not submit Doc. 43 or the corresponding exhibits under seal.

On December 19, 2023, the Court struck Exhibit 1 the settlement agreement from the Plaintiff's Unopposed Motion for Preliminary Approval because exhibit 3 to the settlement agreement included the proposed preliminary approval order. (Doc. 47). Plaintiff hereby supplements the stricken filing (Doc. 43-1) by attaching the settlement agreement without Exhibit 3, which was the proposed order agreed upon by the parties. Plaintiff's counsel also notes that he submitted a proposed order in Word format on October 18, 2023 through the electronic submission tab on ECF (not through electronic filing) and has also e-mailed a courtesy copy of the same to the Clerk of Court.

 */s/Christopher E. Roberts*
Christopher E. Roberts  (#61895MO)
Butsch Roberts & Associates LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
314-863-5700 (phone)
croberts@butschroberts.com

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Michigan Bar ID: P84351
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, Pennsylvania 19002
Phone: (267) 468-5374
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/Christopher E. Roberts*