**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MARCIA KIMBLE, individually, and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST AMERICAN HOME WARRANTY CORP. and FIVESTRATA LLC, )<br>)<br>Defendants. ) | Case No. 2:23-cv-10037-DML-EMS |

## MEMORANDUM REGARDING SETTLEMENT DISTRIBUTION

In accordance with the Court's Order granting final approval of a class action settlement [Doc. 61], Plaintiff Marcia Kimble through her counsel of record, advises the Court of the following distribution plan for the settlement approved by the Court.

As the Court is aware, $700,000.00 was agreed to be paid by Defendants to settle this matter. Of this amount, $427,113.95 will go to the class to pay the claims of the members of the settlement class. This means that every settlement class member who submitted a valid claim will receive a payment of $129.62. $55,842.00 of the settlement amount will go to Atticus Administration LLC for their services in administering the settlement. $5,000.00 of the settlement will go to Plaintiff Marcia Kimble for her service as the class representative in this case. $195,000.00 of the settlement amount will go to class counsel for their attorneys' fees in this case. Last, $17,044.05 of the settlement amount will go to class counsel for their expenses incurred in litigating in this case.

    */s/Christopher E. Roberts*
Christopher E. Roberts (#61895MO)
Butsch Roberts & Associates LLC
7777 Bonhomme Avenue, Suite 1100
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
croberts@butschroberts.com

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Michigan Bar ID: P84351
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, Pennsylvania 19002
Phone: (267) 468-5374
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    */s/Christopher E. Roberts*